UNITED STATES of America,
Plaintiff–Appellee,

v.

Hector Alberto BEYRIS, Defendant–
Appellant.

No. 12–50583.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 15, 2013.*

Filed Oct. 25, 2013.

Joseph Orabona, Assistant U.S., Bruce R. Castetter, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Karyn H. Bucur, Esquire, Karyn H. Bucur Attorney at Law, Laguna Hills, CA, for Defendant–Appellant.

Before: FISHER, GOULD, and BYBEE, Circuit Judges.

MEMORANDUM **

Hector Alberto Beyris appeals from the district court's judgment and challenges the 21–month sentence imposed following his guilty-plea conviction for attempted reentry of a removed alien, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Beyris contends that his sentence is substantively unreasonable because the circumstances of his case do not justify a 32%

variance above the advisory Guidelines range. The district court did not abuse its discretion in imposing Beyris's sentence. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including Beyris's willingness to reoffend despite his eight prior removals and two prior sentences for felony immigration offenses. *See id.*

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.